**FROM:**
Lk Randall Milner
Napa County Department of Corrections
ID #: 20070 1292
1125 Third Street
Napa, CA 94559

RECEIVED
JUL 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SENT FROM NAPA COUNTY JAIL

**TO:**
Clerk of the Court
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102