UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIK RANDALL MILNER,

          Petitioner,

   v.

NAPA COUNTY SUPERIOR COURT,

          Respondent.

Case No.  25-cv-06193-VC


**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**


Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 25-cv-01923-JSC, *Dawson v. Napa County et al.*

    **IT IS SO ORDERED.**

Dated: August 5, 2025

_____
VINCE CHHABRIA
United States District Judge